# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158599(124)(130)(132)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* RHEA BRODY LIVING TRUST, dated
January 17, 1978, as amended.
_____

ROBERT BRODY and JAY BRODY,
      Intervenors-Appellants,

v

CATHY B. DEUTCHMAN,
      Petitioner-Appellee,
and

MICHAEL BARTON, Special Fiduciary,
      Intervenor.
_____/

SC: 158599
COA: 330871
Oakland PC: 2015-361379-TV

On order of the Chief Justice, the motion of conservator and successor trustee Mary Lyneis to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 17, 2018, is accepted for filing. On further order of the Chief Justice, the motion of appellants to file a response to the amicus brief and the motion of appellee to file a response to the amicus brief and to appellants' response are GRANTED. The responses filed by appellants and appellee on January 29, 2019, and February 1, 2019, respectively, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2019



Clerk